IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMIE EARL JONES, III,**<br>Plaintiff,<br>**v.**<br>**D. MALONEY, et al.,**<br>Defendants. | Case No. 2:25-cv-3014-ICD-P<br>**ORDER GRANTING DEFENDANTS' APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT PENDING RESOLUTION OF MOTION FOR AN ORDER REVOKING PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** |

Good cause appearing, Defendants' application for an extension of time to file a responsive pleading is **GRANTED**. If Defendants' Motion for an Order Revoking Plaintiff's *In Forma Pauperis* Status is denied, Defendants shall file a responsive pleading within thirty days of the Court's final order denying that motion.

IT IS SO ORDERED.

Dated: October 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE